UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 19-2734
_____

JANE DOE,
                Appellant

v.

MERCY CATHOLIC MEDICAL CENTER

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-15-cv-02085)
District Judge: Honorable Michael M. Baylson

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 23, 2021
Before: JORDAN, MATEY and NYGAARD, Circuit Judges

_____

**JUDGMENT**

_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on March 23, 2021. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered July 18, 2019, be and the same is hereby affirmed. Costs taxed against the Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: March 25, 2021