UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 19-2734

JANE DOE,
Appellant

v.

MERCY CATHOLIC MEDICAL CENTER

(E.D. Pa. No. 2-15-cv-02085)

Present: JORDAN, MATEY and NYGAARD, Circuit Judges

1. Motion by Appellant to File Redacted IFP Affidavit Out of Time and to Seal Previously Filed Unredacted Version.

Respectfully,
Clerk/pdb

_____ORDER_____

The foregoing motion is granted.

By the Court,

s/ Paul B. Matey
Circuit Judge

Dated: April 29, 2021
PDB/cc: Jane Doe
All Counsel of Record